## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

In re: New Century TRS Holdings Inc.
_____

| | | |
|---|---|---|
| Anita B. Carr, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 14-282-SLR |
| | : | |
| JP Morgan Chase Bank N.A., Chase Home Finance LLC, and Does 1-10, | : | |
| | : | |
| Appellants. | : | |

## **RECOMMENDATION**

At Wilmington this **11th** day of **June, 2014**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, teleconferences were held on May 22, and June 11, 2014 for reviews and discussions to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process. Despite this conclusion, a further teleconference is scheduled for July 28, 2014 for an update on the parties's initial discussions on possible approaches to settlement.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral

for mediation and proceed through the appellate process of this Court.  The parties have been advised their right to file objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE