IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> NEW CENTURY TRS <br> HOLDINGS INC., et al., <br><br> Debtors. | ) Chapter 11 <br> ) Bk. No. 07-10416 (KJC) <br> ) <br> ) <br> ) <br> ) |
| ANITA B. CARR, <br><br> Appellant, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., <br> CHASE HOME FINANCE, LLC, et al., <br> and DOES 1-10, <br><br> Appellees. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 14-282-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

At Wilmington this 13th day of June, 2014, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this cases be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **August 11, 2014.**

2. Appellees' brief in opposition to the appeal is due on or before **September 11, 2014.**

3. Appellants' reply brief is due on or before **September 25, 2014.**

2

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

_____
United States District Judge